JULES C. CARITEY, Appellant, *v.* FREDERICK H. EGGERS et al. Respondents.

Reported below, 116 App. Div. 909.
(Argued May 20, 1907; decided May 21, 1907.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 14, 1906, which affirmed an order of Special Term vacating the service of the summons and complaint on one of the defendants herein.

The motion was made upon the ground that the notice of appeal and undertaking thereon were not served until after the time to appeal had expired.

*Frank H. Deal* for motion.

*Melville B. Mendell* opposed.

Motion denied, with ten dollars costs.